

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| IN RE: 5622 EQUITY DE, LLC and REAL PROPERTY located at 5622 EVERS ROAD, SAN ANTONIO, TEXAS, 78238, | § § | No. 08-23-00030-CV |
| | § | Appeal from the |
| Appellants, | § | 285th Judicial District Court |
| v. | § | of Bexar County, Texas |
| CITY OF LEON VALLEY, | § | (TC# 2022-CI-4895) |
| Appellee. | | |

## J U D G M E N T

The Court has considered this cause on the joint motion to dismiss the appeal, which indicates the parties have settled their dispute in the underlying litigation, and concludes the motion should be granted and the appeal should be dismissed. We therefore dismiss the appeal. We further order Court costs are taxed against Appellants. *See* TEX. R. APP. P. 42.1(d). This decision shall be certified below for observance.

IT IS SO ORDERED THIS 12TH DAY OF JUNE, 2023.

YVONNE T. RODRIGUEZ, Chief Justice

Before Rodriguez, C.J., Palafox, and Soto, JJ.